# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 22, 2010

141243

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ALARIC ARNOLD FAIRCHILD,
     Defendant-Appellant.

SC: 141243
COA: 297225
Calhoun CC: 2005-003383-FH

_____/

On order of the Court, the application for leave to appeal the April 29, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 22, 2010

_____
Clerk

s1115